**IT IS ORDERED as set forth below:**



Date: July 19, 2024

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| Envision Orthopedic & Spine, LLC, | Case No. 24-20846-jrs |
| Debtor. | |
| In re: | Chapter 11 |
| Atlanta Orthopaedic Surgery Center, LLC, | Case No. 24-20847-jrs |
| Debtor. | |
| In re: | Chapter 11 |
| James L. Chappuis, MD, P.C., | Case No. 24-20848-jrs |
| Debtor. | |
| In re: | Chapter 11 |
| James L. Chappuis, | Case No. 24-20845-jrs |
| Debtor. | |

## ORDER AUTHORIZING AND DIRECTING THE JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY

Upon the motion (the "**Motion**")[1] filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), pursuant to Bankruptcy Rule 1015(b), for entry of an order authorizing and directing the joint administration of the Debtors' affiliated Chapter 11 Cases for procedural purposes only and providing any additional relief required in order to effectuate the foregoing; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2); and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED as set forth herein.

2.  Pursuant to Bankruptcy Rule 1015(b), the above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3.  Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases, and this

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4. The caption of the Debtors' jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **In Re:**<br><br>**ENVISION ORTHOPEDIC & SPINE, LLC., *et al*,[1]**<br><br>**Debtors.** | **CASE NO. 24-20846**<br><br>**CHAPTER 11**<br><br>**Jointly Administered** |

[1] James Lloyd Chappuis, Case No. 24-20845; Atlanta Orthopaedic Surgery Center, LLC, Case No. 24-20847; and James L. Chappuis, M.D., P.C.

5. All original docket entries shall be made in the case of Envision Orthopedic & Spine, LLC, Case No. 24-20846-jrs, and a docket entry shall be made in each of the Debtors' Chapter 11 Cases substantially as follows:

> An order (the "**Joint Administration Order**") has been entered in this case directing the joint administration of the chapter 11 cases listed below under Case No. 24-20846. The docket in Case No. 24-20846 should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order: Case No. 24-20845; Case No. 24-20846; Case No. 24-20847; and Case No. 24-20848.

6. The Debtors are authorized to use a combined service list for the jointly administered Chapter 11 Cases and combined notices shall be sent to creditors of the Debtors' estates.

7. All filings in the jointly administered cases, with the exception of (a) each Debtors' schedules and statement of financial affairs (which each Debtor shall file separately on each Debtor's respective bankruptcy docket); (b) proofs of claim (which creditors shall file separately

per Debtor in each Debtor's respective bankruptcy case); (c) monthly operating reports and post confirmation reports (which each Debtor shall file separately on each Debtor's respective bankruptcy docket); (d) status reports (which each Debtor shall file separately on each Debtor's respective bankruptcy docket); (e) any proposed plan of reorganization or liquidation and disclosure statement wherein only one of the Debtors is a plan proponent or the proposal is only as to a single Debtor (which the plan proponent shall file on the bankruptcy docket for the applicable Debtor); and (f) final reports and applications for final decrees (which each Debtor shall file separately on each Debtor's respective bankruptcy docket) shall hereafter be filed in the case of Envision Orthopedic & Spine, LLC Case No. 24-20846-JRS.

7.    Counsel for Debtors shall serve a copy of this Order on the United States Trustee and all parties listed on the matrices filed in Debtors' cases within 5 business days of entry of this Order.

### END OF ORDER ###

**Prepared and presented by:**

ROUNTREE LEITMAN & KLEIN, LLC

*/s/ Will B. Geer*
Will B. Geer, Ga. Bar No. 940493
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wgeer@rlkglaw.com
*Proposed Attorneys Debtors*

**Distribution List**

Will Geer
ROUNTREE LEITMAN & KLEIN, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303